JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATESHA HOWARD, | Case No. CV 25-01072 DMG (RAO) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

Plaintiff Latesha Howard filed a complaint, *pro se*, on May 2, 2025, and requested to proceed *in forma pauperis* (IFP). [Doc. ## 1, 3.] On May 20, 2025, the Court screened the complaint pursuant to 28 U.S.C. § 1915(e) and found it failed to state a claim upon which relief could be granted and further indicated that abstention under *Younger v. Harris*, 401 U.S. 37 (1971), appeared to be warranted. [Doc. # 6.] The Court dismissed the complaint with leave to amend by June 19, 2025, and deferred ruling on the IFP request. *Id*. at 4. The Court warned Plaintiff that failure to timely file an amended complaint "will result in the dismissal of this action for failure to prosecute, to state a claim, and/or to comply with a Court Order." *Id*.

///

///

1  The deadline has passed, and Plaintiff has not filed an amended complaint.
2  Accordingly, this action is dismissed without prejudice.
3
4  DATED: July 3, 2025
5                                                                    _____
                                                                      DOLLY M. GEE
6                                                                     CHIEF U.S. DISTRICT JUDGE